1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA RUSSELL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC.; JERRY'S FAMOUS DELI, INC.; JERRY'S FAMOUS DELI L.A. INC.; LANCINO ENCINO VILLAGE PARTNERSHIP; and DOES 1 through 10, Inclusive,<br><br>　　　　　　Defendants. | ) CASE NO. 2:11-cv-04137-JHN -VBKx<br>)<br>) **Civil Rights**<br>)<br>) Assigned to Honorable Jacqueline H.<br>) Nguyen, Judge presiding<br>)<br>) **ORDER RE CONSENT DECREE**<br>) **FOR SETTLEMENT OF**<br>) **PLAINTIFFS' CLAIMS FOR**<br>) **INJUNCTIVE RELIEF WITH**<br>) **DEFENDANT, LANCINO ENCINO**<br>) **VILLAGE PARTNERSHIP ONLY**<br>)<br>)<br>)<br>)<br>) |

/ / /

/ / /

---

[PROPOSED] ORDER RE CONSENT DECREE FOR SETTLEMENT OF PLAINTIFFS' CLAIMS FOR
INJUNCTIVE RELIEF WITH DEFENDANT, LANCINO ENCINO VILLAGE PARTNERSHIP ONLY
Case No.: CV11-4137 JHN (VBKx)                                                                                      1

# ORDER

Pursuant to Stipulation, and for good cause shown, the **CONSENT DECREE FOR SETTLEMENT OF PLAINTIFFS' CLAIMS FOR INJUNCTIVE RELIEF WITH DEFENDANT, LANCINO ENCINO VILLAGE PARTNERSHIP ONLY** between Plaintiff MARTA RUSSELL ("Plaintiff") and Defendant LANCINO ENCINO VILLAGE PARTNERSHIP ("Defendant"), signed by Plaintiff and Defendant, and submitted concurrently with this [Proposed] Order is so ORDERED.  The Court hereby retains jurisdiction to enforce the terms of the Consent Decree and to resolve the remaining monetary claims raised by Plaintiff for damages and for attorneys' fees, costs and litigation expenses which will be resolved by settlement, trial and/or fee motion.

Dated:   January 06, 2012        By: _____
HON. JACQUELINE H. NGUYEN
U.S. DISTRICT JUDGE