1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA RUSSELL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC.; JERRY'S FAMOUS DELI, INC.; JERRY'S FAMOUS DELI L.A. INC.; LANCINO ENCINO VILLAGE PARTNERSHIP; and DOES 1 through 10, Inclusive,<br>　　　　　　Defendants. | ) CASE NO. **2:11-cv-04137-JHN -VBKx**<br>)<br>) <u>**Civil Rights**</u><br>)<br>) Assigned to Honorable Jacqueline H. Nguyen, Judge presiding<br>)<br>) **ORDER RE CONSENT DECREE FOR SETTLEMENT OF PLAINTIFFS' CLAIMS FOR INJUNCTIVE RELIEF WITH DEFENDANTS, JERRY'S FAMOUS DELI, INC. AND JERRY'S FAMOUS DELI L.A. INC. ONLY**<br>) |

/ / /

/ / /

---
[PROPOSED] ORDER RE CONSENT DECREE FOR SETTLEMENT OF PLAINTIFFS' CLAIMS FOR INJUNCTIVE RELIEF WITH DEFENDANTS, JERRY'S FAMOUS DELI, INC. AND JERRY'S FAMOUS DELI L.A. INC. ONLY
Case No.: CV11-4137 JHN (VBKx)                                                                                     1

## ORDER

Pursuant to Stipulation, and for good cause shown, the **CONSENT DECREE FOR SETTLEMENT OF PLAINTIFFS' CLAIMS FOR INJUNCTIVE RELIEF WITH DEFENDANTS, JERRY'S FAMOUS DELI, INC. AND JERRY'S FAMOUS DELI L.A. INC. ONLY** between Plaintiff MARTA RUSSELL ("Plaintiff") and Defendants JERRY'S FAMOUS DELI, INC. and JERRY'S FAMOUS DELI L.A. INC. ("Defendants"), signed by Plaintiff and Defendants, and submitted concurrently with this [Proposed] Order is so ORDERED. The Court hereby retains jurisdiction to enforce the terms of the Consent Decree and to resolve the remaining monetary claims raised by Plaintiff for damages and for attorneys' fees, costs and litigation expenses which will be resolved by settlement, trial and/or fee motion.

Dated:   January 06, 2012        By: _____
                                 HON. JACQUELINE H. NGUYEN
                                 U.S. DISTRICT JUDGE